THE PEOPLE OF THE STATE OF NEW YORK Respondent, v THOMAS LEE, Appellant.

Submitted July 23, 2012; decided August 28, 2012

Motion for assignment of counsel granted and Richard M. Greenberg, Esq., Office of the Appellate Defender, 11 Park Place, Suite 1601, New York, NY 10007 assigned as counsel to the appellant on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FRANKLIN MCPHERSON, Appellant.

Submitted August 20, 2012; decided August 28, 2012

Motion for assignment of counsel granted and Jonathan I. Edelstein, Esq., 271 Madison Avenue, 20th Floor, New York, NY 10016 assigned as counsel to the appellant on the appeal herein.